UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

ULISES GAMALIEL MAYORGA
PERALTA, and all others similarly situated
under 29 U.S.C. 216(b),

      Plaintiff,

v.

DIVISION III GROUP CORP., MATRIX
CONSTRUCTION DEVELOPERS CORP.,
MICHAEL MEJIA and VICTOR QUINTERO,

      Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendants, DIVISION III GROUP CORP. and MICHAEL MEJIA (collectively referred to as "Defendants") hereby invokes the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1441 and states the following grounds for removal of this case from the Circuit Court in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida:

### REMOVAL JURISDICTION

1.     This Court has original jurisdiction over this action because it involves a claim alleging violation of federal law-the Fair Labor Standards Act (FLSA).

### TIMELINESS OF REMOVAL

2.     On November 26, 2019, Plaintiff, Ulises Gamaliel Mayorga Peralta ("Plaintiff") commenced a civil action against Defendants by filing a Complaint in the Circuit

CASE NO.: _____

Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2019-034834-CA-01. A true and correct copy of the Complaint is attached as Exhibit "A."

3. Plaintiff served Defendants Division III Group Corp. and Michael Mejia with the Complaint on December 11, 2019.

4. Defendants have not served any answer or responsive pleading to Plaintiff's Complaint.

5. This Notice is filed with this Court within thirty (30) days after Defendants received a copy of the Complaint upon which this action is based, and before any proceedings were had thereupon in the Circuit Court. This removal is timely pursuant to 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents, and orders which have been served upon Defendants are attached hereto as Exhibit "A."

## FEDERAL QUESTION JURISDICTION

7. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges in the Complaint a violation of the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq.*

## VENUE

8. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

9. Defendants submit this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiff and without conceding that Plaintiff has pled claims upon which relief can be granted.

CASE NO.: _____

10. Contemporaneously with this filing, Defendants also are filing a Notification of Removal with the Clerk of the Court for the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d). A true and accurate copy of the State Court Notification of Removal is attached as Exhibit "B."

WHEREFORE, Defendants. DIVISION III GROUP CORP. and MICHAEL MEJIA, respectfully request this action be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

Dated: January 10, 2020

                                        Respectfully submitted,

                                        /s/ Pedro Forment
                                        Pedro Forment, Esq.
                                        Florida Bar No.: 61026
                                        E-mail: pedro.forment@jacksonlewis.com
                                        Edwin Cruz, Esq.
                                        Florida Bar No. 55579
                                        E-mail: edwin.cruz@jacksonlewis.com
                                        JACKSON LEWIS P.C.
                                        One Biscayne Tower, Suite 3500
                                        Two South Biscayne Boulevard
                                        Miami, Florida 33131
                                        Telephone: (305) 577-7600
                                        Facsimile: (305) 373-4466
                                        *Attorneys for Defendants, Division III Group Corp. and Michael Mejia*

CASE NO.: _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2020, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via Electronic Mail.

      /s/ Pedro Forment_____
      Pedro Forment, Esq.

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Ulises Gamaliel Mayorga Peralta v. Division III Group Corp., et al.*

Case No. _____

| | |
|---|---|
| J.H. Zidell, Esq. | Pedro Forment, Esq. |
| Florida Bar No.: 0010121 | Florida Bar No.: 61026 |
| E-mail: zabogado@aol.com | E-mail: pedro.forment@jacksonlewis.com |
| J.H. ZIDELL, P.A. | Edwin Cruz, Esq. |
| 300 71st Street, Suite 605 | Florida Bar No. 55579 |
| Miami Beach, FL 33141 | E-mail: edwin.cruz@jacksonlewis.com |
| Telephone: (305) 865-6766 | JACKSON LEWIS P.C. |
| Facsimile: (305) 865-7167 | One Biscayne Tower, Suite 3500 |
| *Attorneys for Plaintiff* | Two South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| | Facsimile: (305) 373-4466 |
| | *Attorneys for Defendants, Division III Group Corp. and Michael Mejia* |

4838-5584-5288, v. 1